IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JORGE ALBERTO PINATE-VILLANUEVA,<br><br>　　　　　Defendant. | 4:13CR3140<br><br>MEMORANDUM AND ORDER |

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue the Deadline for Filing Pretrial Motions and Trial. (Filing No. 16). Defendant seeks to continue his pretrial motion deadline now set for December 26, 2013 and to continue his jury trial now set for January 28, 2014 for approximately 45 days. The Court, being fully advised in the premises, and noting the Government has no objection, finds that said motions should be granted.

IT IS THEREFORE ORDERED that Defendant shall file any pretrial motions in the above captioned matter no later than February 10, 2014, and the jury trial shall be continued until March 17, 2014 at 9:00 a.m. This Court further finds that, based upon the showing set forth in Defendant's Motion, the ends of justice will be served by extending the deadline for filing pretrial motions and continuing his trial. Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the time from December 20, 2013, until the date next set for trial, shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 20th day of December, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge