IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

JORGE ALBERTO PINATE-
VILLANUEVA,

                Defendant.

4:13-CR-3140

**MEMORANDUM AND ORDER**

This matter is before the Court on the Magistrate Judge's findings and recommendation on a guilty plea (filing 33) recommending that the Court accept the defendant's plea of guilty. There are no objections to the findings and recommendation. Pursuant to 28 U.S.C. § 636(b)(1)(C) and NeCrimR 11.2(d), the Court has conducted a de novo review of the record and adopts the findings and recommendation of the Magistrate Judge.

THEREFORE, IT IS ORDERED:

1. The Magistrate Judge's findings and recommendation on a guilty plea (filing 33) are adopted.
2. The defendant is found guilty. The plea is accepted. The Court finds that the plea of guilty is knowing, intelligent, and voluntary, and that a factual basis exists for the plea.
3. The Court defers acceptance of any plea agreement until the time of sentencing, pursuant to Fed. R. Crim. P. 11(c)(3). Unless otherwise stated at the time of sentencing, any plea agreement will be deemed accepted upon the pronouncement of the judgment and sentence.
4. This case shall proceed to sentencing.

Dated this 23rd day of July, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge